UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARTER D. CARSON,

                Plaintiff,

-against-

NYC DEPARTMENT OF CORRECTIONS, et al.,

                Defendants.

24-CV-10052 (LLS)

ORDER OF DISMISSAL

---

LOUIS L. STANTON, United States District Judge:

    By order dated August 11, 2025, the Court granted Plaintiff leave to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court directs the Clerk of Court to enter judgment in this action

SO ORDERED.

Dated:   November 13, 2025
          New York, New York

                                                *Louis L. Stanton*
                                                  Louis L. Stanton
                                                         U.S.D.J.