**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CARTER D. CARSON,

                     Plaintiff,

  -against-                                       24 **CIVIL** 10052 (LLS)

                                                            **JUDGMENT**

NYC DEPARTMENT OF CORRECTIONS, et al.,

                     Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 13, 2025, and by order dated August 11, 2025, the Court granted Plaintiff leave to file an amended complaint within sixty days. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an amended complaint. Accordingly, the complaint, filed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a)(1), is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii); accordingly, the case is closed.

**Dated:** New York, New York

       November 20, 2025

                                                                 **TAMMI M. HELLWIG**

                                                                    **Clerk of Court**

                         **BY:**            *K. Mango*

                                                                    **Deputy Clerk**